IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) SHANE SMALL, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 20-CV-00229-GKF-JFJ |
| | ) | |
| (1) CLASSIC TULSA C, LLC, a foreign limited liability company, | ) ) | |
| | ) | |
| Defendant. | ) | |

**STATUS REPORT
ON REMOVED ACTION**

**This form must be filed by the removing party at the time of filing the notice of removal or within five (5) days of the filing of the notice of removal in the U.S. District Court. Additional sheets may be used as necessary.**

I.  **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| Tulsa County District Court | CJ-2020-01497 |

II. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter-Claimant(s), Counter-Defendant(s), Cross-Claimant(s), Cross-Defendant(s), Third Party Plaintiff(s), and Third Party Defendant(s) whether still pending or now termed/dismissed and indicate their party type. Also, please list the attorney(s) of record for each party and include their OBA number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorneys |
|---|---|---|
| Shane Small, an individual | Plaintiff | Daniel E. Smolen, OBA #19943<br>Smolen & Roytman, PLLC<br>701 South Cincinnati Avenue<br>Tulsa, OK  74119<br>(918) 585-2667 |

| Classic Tulsa C, LLC, a foreign limited liability company | Defendant | Carol J. Allen, OBA # 18255<br>Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco<br>525 S. Main, Suite 1500<br>Tulsa, OK  74103<br>(918) 582-8877 |
|---|---|---|

**III.    Jury Demand:**

Was a Jury Demand made in State Court?                    _____ Yes      __X__ No

If "Yes," by which party(ies) and on what date?

_____                              _____
Party                                                                              Date

**IV.    Complaints, Counter-Claims, Cross-Claims, Third-Party Complaints, Intervenor Complaints:**

Please list all Complaints, Amended Complaints, Counter-Claims, Amended Counter-Claims, Cross-Claims, Amended Cross-Claims, Third-Party Complaints, Amended Third-Party Complaints, Intervenor Complaints and Amended Intervenor Complaints filed in State Court and indicate the filing party, whom it is against and the date filed.

| Claims | Filed By | Against Whom | Date Filed |
|---|---|---|---|
| Alleged violation of the Family and Medical Leave Act, 29 U.S.C. Section 2601 *et seq*. | Plaintiff, Shane Small | Defendant, Classic Tulsa C, LLC | May 4, 2020 |
| Alleged Intentional Infliction of Emotional Distress | Plaintiff, Shane Small | Defendant, Classic Tulsa, C, LLC | May 4, 2020 |

**V.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
| None | |

**VI.   Answer:**

Was an Answer made in State Court?              Yes    X    No

If "Yes," by which party(ies), the document answered and on what date?

| Party | Answer To | Date Filed |
|---|---|---|
| N/A | | |
| | | |

**VII.   Nonsuited, Dismissed or Terminated Parties:**

Please list the parties who have been terminated or dismissed from the State Court action and indicate the date of termination/dismissal.

| Party | Date Termed/Dismissed |
|---|---|
| None | |
| | |

**VIII.   Remaining Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiff, Shane Small | Alleged violation of the Family and Medical Leave Act, 29 U.S.C. Section 2601 *et seq.* |
| Plaintiff, Shane Small | Alleged Intentional Infliction of Emotional Distress |
| Defendant, Classic Tulsa, LLC | Denial of Plaintiff's claims. |

## IX. Pending Motions:

Please list all contested motions still pending in the case and indicate the filing party and date filed.

| Pending Motions | Filed By | Date Filed |
|---|---|---|
| None | | |

| | |
|---|---|
| Signature: | /s/Carol J. Allen |
| Printed Name: | |
| Bar Number: | 18255 |
| Attorney for: | Classic Tulsa C, LLC |
| Law Firm: | Atkinson, Haskins, Nellis, Brittingham, Gladd & Fiasco |
| Address: | 525 S. Main, Suite 1500, Tulsa, OK 74103 |
| Telephone: | 918-582-8877 |

## Certificate of Service

I hereby certify that on May 26th, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen - danielsmolen@ssrok.com
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119

              /s/ Carol J. Allen