# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)  SHANE SMALL, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    No.   20-CV-00229-GKF-JFJ |
| | ) |
| (1) CLASSIC TULSA C, LLC, a foreign limited liability company, | ) |
| | ) |
| Defendant. | ) |

## DEMAND FOR JURY TRIAL

**COMES NOW** the Defendant, Classic Tulsa C, LLC, and demands that the above-captioned cause be tried before a jury.

Respectfully submitted,

**ATKINSON, HASKINS, NELLIS, BRITTINGHAM, GLADD & FIASCO**
A Professional Corporation

 /s/ Carol J. Allen
Carol J. Allen, OBA #18255
Michael P. Atkinson, OBA #374
1500 ParkCentre
525 South Main
Tulsa, OK 74103-4524
Telephone:  (918) 582-8877
Facsimile:  (918) 585-8096

## Certificate of Service

  I hereby certify that on May 26th, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen - danielsmolen@ssrok.com
Smolen & Roytman, PLLC
701 South Cincinnati Avenue
Tulsa, OK 74119

              /s/ Carol J. Allen